IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK GRAHAM JOHNSON,<br><br>        Petitioner,<br><br>  v.<br><br>GEORGE GALAZA, Warden,<br><br>        Respondent.<br>_____ | No. C 05-4612 MMC (PR)<br><br>**ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL**<br><br>**(Docket No. 3)** |

      Petitioner, a California state prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus on November 9, 2005. Now before the Court is petitioner's motion for appointment of counsel.

      The Sixth Amendment's right to counsel does not apply in habeas actions. Knaubert v. Goldsmith, 791 F.2d 722, 728 (9th Cir.), cert. denied, 479 U.S. 867 (1986). Pursuant to statute, however, a district court is authorized to appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require and such person is financially unable to obtain representation." See 18 U.S.C. § 3006A(a)(2)(B). Here, petitioner's claims have been adequately presented in the petition. The Court anticipates that the briefs filed in the state appellate courts, prepared by counsel, will further illuminate the arguments in support of petitioner's claims. Consequently, the interests of justice do not require appointment of counsel in the instant case at this time. Should the circumstances change materially at a later stage of the litigation, the Court will reconsider this decision sua sponte. Accordingly, the request for appointment of counsel is hereby DENIED.

      This order terminates Docket No. 3.

      IT IS SO ORDERED.

DATED: March 2, 2006

                                            _____
                                            MAXINE M. CHESNEY
                                            United States District Judge