IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERICK GRAHAM JOHNSON, aka
ERICK BROWN JOHNSON,

    Petitioner,

  v.

GEORGE GALAZA, Warden,

    Respondent.
    _____/

No. CV-05-4612 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the Court concludes that neither the California Court of Appeal nor the Santa Clara County Superior Court rendered a decision that was contrary to, or constituted an unreasonable application of, clearly established federal law, or entailed an unreasonable determination of facts.

    Accordingly, the petition for a writ of habeas corpus is hereby DENIED.

Dated: March 31, 2009

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk