IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERICK GRAHAM JOHNSON, aka ERICK BROWN JOHNSON, | ) ) ) | No. C 05-4612 MMC (PR) |
| | ) ) | **ORDER DENYING CERTIFICATE OF APPEALABILITY** |
| Petitioner, | ) ) | |
| v. | ) ) | |
| GEORGE GALAZA, Warden, | ) ) | |
| Respondents. _____ | ) ) | (Docket No. 30) |

On November 9, 2005, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 31, 2009, the Court denied the petition on the merits.

Petitioner has now filed a request for a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b). Petitioner has not shown, however, "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

Accordingly, the request for a certificate of appealability is hereby DENIED.

The Clerk shall forward this order, along with the case file, to the United States Court of Appeals for the Ninth Circuit, from which petitioner may also seek a certificate of

1  appealability.  See United States v. Asrar, 116 F.3d 1268 (9th Cir. 1997).

2  This order terminates Docket No. 30.

3  IT IS SO ORDERED.

4  DATED: October 30, 2009

5  _____
MAXINE M. CHESNEY
United States District Judge